## Pennsylvania Department of Transportation, Appellant, *v.* National Advertising Company.

 Argued June 9, 1975. *Roger T. Shoop,* Assistant Attorney General, with him *Michael R. Deckman,* Deputy Chief Counsel, and *Robert P. Kane,* Attorney General, for appellant; *Robert J. Demer,* with him *J. Scott Calkins,* for appellee.

Order affirmed.